IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS B. EREKSON,  Plaintiff, | : : : : : : : : | CIVIL ACTION NO. 12-5815 |
| v. | | |
| ASHFORD PHILADELPHIA ANNEX, LLC, et al.,  Defendants. | | |

## ORDER

AND NOW, this 23rd day of April, 2013, upon consideration of Plaintiff Thomas B. Erekson's Motion to Remand [Doc. No. 14] and Defendants' Opposition thereto [Doc. No. 18], and for the reasons set forth in the Memorandum Opinion filed this day, it is hereby ORDERED that Plaintiff's Motion is GRANTED, and this action is REMANDED to the Court of Common Pleas of Philadelphia County for all further proceedings.

The Clerk of Court is hereby ORDERED to mark this case CLOSED for all purposes, including statistics.

It is so ORDERED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE